UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLASTIPAK PACKAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ICE RIVER SPRINGS WATER CO. INC., AND <br> ICE RIVER SPRINGS USA, INC., <br><br> Defendants. | CIVIL ACTION NO. 1:19-cv-11193-IT |

**PLASTIPAK PACKAGING, INC.'S MOTION TO COMPEL COMPLIANCE WITH THE COURT'S AUTOMATIC PATENT DISCLOSURES AND COMPLETE INTERROGATORY RESPONSES**

Plaintiff Plastipak Packaging, Inc. ("Plastipak") hereby moves, pursuant to Fed. R. Civ. P. 37(a) and Local Rule 37.1, for an order compelling Defendants' Ice River Springs Water Co., Inc. and Ice River Springs USA, Inc. ("Ice River" or "Defendants") to produce discovery.

As set forth more fully in the accompanying Memorandum in Support and Declaration of James Sebel filed herewith, Ice River refuses to provide complete responses to Plastipak's interrogatories and refuses to produce technical documents as required by the Court's scheduling order and the local rules patent-related disclosures. On August 7, Plastipak served Interrogatories 1-3, asking Ice River to identify *what* accused products Ice River has made over the last six years, and *which* entity was responsible for the manufacture and sale of those products. Three months later, Ice River has yet to provide this information. The Court's September 3, 2019, scheduling order (D.I. 25) and the Court's patent rules further required Ice River to provide technical documents for the accused products no later than October 28, 2019. To date, Ice River has not

provided the engineering drawings for the accused products, which would show the measurements and tolerances for the dimensions claimed by Plastipak's patents.

For the reasons set forth in the Memorandum in Support, Plastipak asks the Court to compel Defendants Ice River Springs Water Co., Inc., a Canadian corporation, and Ice River Springs USA, Inc., an American corporation, to provide this information.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d) Plastipak believes that oral argument may assist the Court and wishes to be heard.

Dated:  November 15, 2019
/s/ James Sebel
Christopher R. Dillon (BBO #640896)
dillon@fr.com
Whitney A. Reichel (BBO #663599)
wreichel@fr.com
James Sebel (BBO #693531)
sebel@fr.com
Alexander M. Pechette (BBO #698586)
pechette@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02210-1878
Tel:  (617) 542-5070
Fax: (617) 542-8906

*Attorneys for Plaintiff*
*Plastipak Packaging, Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 AND 37.1

I hereby state that counsel for Plastipak Packaging, Inc. complied with the requirements of Local Rule 7.1(a)(2) and L.R. 37.1(a) by conferring in good faith with counsel for Ice River by telephone on November 14, 2019, at 11:00 a.m. ET to resolve or narrow the issues. Whitney Reichel and James Sebel attended on behalf of Plastipak, and Herbert Finn and Maja Sherman attended on behalf of Ice River. The conference lasted approximately forty-five minutes, and the parties were unable to reach agreement on the issues identified in this motion. Ice River opposes the relief requested in this motion.

*/s/ James Sebel*
James Sebel

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of November 2019.

*/s/ James Sebel*
James Sebel