IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| PLASTIPAK PACKAGING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ICE RIVER SPRINGS WATER CO. INC. ) <br> AND ICE RIVER SPRINGS USA, INC. ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 1:19-cv-11193-IT |

**NON-PARTY NIAGARA BOTTLING, LLC'S NOTICE OF MOTION FOR
PROTECTIVE ORDER REGARDING DOCUMENTS FROM PRIOR LITIGATION**

As explained further in the accompanying Memorandum of Law, non-party Niagara Bottling, LLC ("Niagara") respectfully moves, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a protective order to prevent the production in this case of materials containing highly confidential and sensitive Niagara information from an earlier lawsuit between Plastipak and Niagara, *Plastipak Packaging, Inc. v. Niagara Bottling, LLC*, No. 1:17-cv-01463-AJT-MSN (E.D. Va.) (filed Dec. 22, 2017) ("the *Niagara* Litigation"). That material, which is protected from disclosure pursuant to a protective order entered in the *Niagara* Litigation, includes highly confidential and competitively sensitive business information belonging to Niagara, a competitor to the parties in this case. In the alternative, Niagara moves this Court to order Plastipak to produce a log of the discoverable material containing Niagara Confidential Information that it possesses from the *Niagara* Litigation, and for the court to order a procedure consistent with the *Niagara* Litigation's protective order to resolve disputes over whether particular material was improperly marked as confidential or otherwise subject to production.

## REQUEST FOR ORAL ARGUMENT

Niagara believes that oral argument may assist the court and wishes to be heard.  Niagara respectfully requests oral argument on its motion pursuant to Local Rule 7.1(d).

Dated: December 6, 2019                                        Respectfully submitted,

*/s/ Howard P. Goldberg*
Howard P. Goldberg, BBO #654316
MANNING GROSS + MASSENBURG LLP
125 High Street, 6th Floor
Boston, MA 02110
Telephone: (617) 670-8800
Facsimile: (617) 670-8801
hgoldberg@mgmlaw.com

*/s/ Glen E. Summers*
Glen E. Summers (*Pro Hac Vice* pending)
Alison G. Wheeler (*Pro Hac Vice* pending)
BARTLIT BECK LLP
1801 Wewatta St., Suite 1200
Denver, CO  80202

Mark L. Levine  (*Pro Hac Vice* pending)
BARTLIT BECK LLP
Courthouse Place
54 W. Hubbard St., #300
Chicago, IL  60654

***Counsel for Non-Party Niagara Bottling, LLC***

## **LOCAL RULES 7.1(a)(2) AND 37.1 CERTIFICATION**

   I, Alison G. Wheeler, hereby certify that pursuant to Rules 7.1(a)(2) and 37.1 of the Local Rules of the United States District Court for the District of Massachusetts, I conferred with counsel for the parties in the above captioned action regarding this motion on November 26, 2019 in an attempt to resolve the disputes at issue.  The parties are at an impasse with respect to the disputes identified in this Motion.  Plaintiff and Defendants oppose the requested relief.

Dated: December 6, 2019             */s/ Alison G. Wheeler*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of December, 2019, I caused a true and correct copy of the foregoing document to be served on all counsel of record by operation of the Court's Electronic Case Filing System.

                 */s/ Howard P. Goldberg*
                 Howard P. Goldberg