UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PLASTIPAK PACKAGING, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> ICE RIVER SPRINGS WATER CO. INC. and ICE RIVER SPRINGS USA, INC. <br><br>    Defendants. | CIVIL ACTION NO. 1:19-cv-11193-IT |

### DEFENDANTS' MOTION TO STAY THE CASE PENDING IPRs

This is a large patent case that would benefit from a stay pending the outcome of recently filed *inter partes* review ("IPR") petitions covering all of Plastipak's asserted claims. Third-party Husky Injection Molding Systems Inc. ("Husky"), a blow mold machine and mold maker, filed IPR petitions covering all 60 asserted claims of all 10 asserted patents. In view of Husky's IPR filings, Ice River respectfully moves to stay this case at least pending institution of the IPRs by the Patent Trial and Appeal Board ("PTAB"). As detailed in the accompanying Memorandum, the Court should grant Ice River's motion because (1) a stay simplifies the case; (2) the case is still in its early stages; and (3) a stay does not prejudice Plastipak.

*First,* a stay will simplify the issues and reduce the burden on the Court and the Parties. The IPR petitions cover every asserted claim, and most of the claims are challenged on multiple grounds. Given the breadth and depth of the IPR petitions, the IPR proceedings will simplify the case. The IPR proceedings are also relevant to claim terms currently in dispute as part of the *Markman* process. Specifically, Plastipak's statements and amendments, including any pre-

1

institution statements, may alter the scope of the patent claims because Plastipak's statements before the PTAB become part of the patents' prosecution histories.

**Second,** the case is in its early stages. Discovery is ongoing and there is no set trial date. The Parties have not taken any fact depositions, and the Court has not yet entered a schedule setting *any* deadlines following the April claim construction hearing (other than a status conference). Simply, the Court and the Parties have much more ahead of them than behind.

**Third,** Plastipak will not suffer any undue prejudice from a stay. Plastipak significantly delayed prosecuting the asserted patents and bringing a claim against Ice River. All of the asserted patents are the result of Plastipak's decade-long continuation practices before the Patent Office. In other words, Plastipak could have received (and could have asserted) these claims much sooner, when the subject matter of the claims was allegedly invented. Moreover, Plastipak chose to enforce the patents against an unrelated, but much larger, defendant before pursuing its claims against Ice River—yet another deliberate and strategic delay by Plastipak. Given its own actions, Plastipak cannot credibly claim any undue prejudice from a delay in proceeding before the Court.

**Local Rule 7.1 Statement:** On Tuesday, February 4, 2020, counsel for Ice River, Herbert H. Finn, had a telephone conference with counsel for Plastipak, Christopher Dillon and Whitney Reichel. During the 15-minute conference call, the parties met and conferred in good faith regarding Ice River's Motion to Stay, but were unable to reach a resolution. Plastipak has confirmed that it opposes this Motion.

                Respectfully submitted,

Dated: February 10, 2020

*/s Herbert H. Finn*
Herbert H. Finn (*Pro Hac Vice*)
finnh@ gtlaw.com
Tiffany A. Blofield (*Pro Hac Vice*)
blofieldt@gtlaw.com
GREENBERG TRAURIG, LLP

77 West Wacker Drive
Suite 3100
Chicago, IL  60601
(312) 456-8427

Zachary C. Kleinsasser (BBO #664291)
kleinsasserz@gtlaw.com
GREENBERG TRAURIG, LLP
One International Place
Suite 2000
Boston, MA 02110
(617) 310-6293

*Attorneys for Defendants Ice River Springs Water Co. Inc. and Ice River Springs USA, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 10th day of February, 2020.

                                    */s Herbert H. Finn*
                                    Herbert H. Finn